IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00334-GCM

| | |
|---|---|
| KENNETH WANNAMAKER, | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |

**THIS MATTER** comes before the Court on Defendant's Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [ECF No. 15]. The Acting Commissioner asks the Court to enter a judgment reversing and remanding her decision.

**IT IS THEREFORE ORDERED** that:

1. The Consent Motion for Reversal and Remand (ECF No. 15) is **GRANTED**.

2. The decision of the Acting Commissioner is **REVERSED**, pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDED** for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89, 101–02 (1991).

3. The Clerk is directed to **TERMINATE** Plaintiff's pending motion for summary judgment (ECF No. 13) in light of the parties' consent remand.

**SO ORDERED**.

Signed: March 22, 2022

Graham C. Mullen
United States District Judge