# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00334-GCM

| | |
|---|---|
| **KENNETH WANNAMAKER,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |

**THIS MATTER** is before the Court on the Plaintiff's Consent Motion for Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A) (ECF No. 18). The parties agree that Plaintiff should receive $6,700.00 in attorney's fees as the prevailing party in this action. Having reviewed the motion and all supporting materials, the Court agrees, and will grant the motion.

**IT IS THEREFORE ORDERED** that the Plaintiff's Consent Motion for Fees Under the Equal Access to Justice Act (ECF No. 18) is **GRANTED**. Plaintiff shall be awarded attorney's fees in the amount of $6,700.00. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debts to the Government. If such debts exist, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debts. If Plaintiff has no outstanding federal debt, the Commissioner will honor Plaintiff's assignment of attorney fees to counsel and will make the check payable to Plaintiff's counsel. If, however, Plaintiff has outstanding federal debt, the Commissioner will make the check payable to Plaintiff directly and deliver the check to

the business address of Plaintiff's counsel.  No additional petition pursuant to 28 U.S.C. § 2412(d) need be filed.

**SO ORDERED**.

Signed: June 15, 2022

Graham C. Mullen
United States District Judge